# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NICHOLAS D. KASTEN,
    Petitioner,

  v.          Case No. 06-C-934

WARDEN, KETTLE MORAINE
CORRECTIONAL INSTITUTION,
    Respondent.

# ORDER

  Nicholas D. Kasten ("Kasten"), is a prisoner incarcerated pursuant to a state court judgment. On September 1, 2006, Kasten filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Accompanying his petition was a request that the court permit him 90 days to file a motion in support of his petition. In light of the reasons stated in Kasten's motion, the court shall permit the petitioner 90 days from the date he filed his petition to submit an additional motion or memorandum in support of his habeas petition.

  **IT IS THEREFORE ORDERED** that Kasten shall file no later than November 30, 2006 any memorandum or motion he intends to file in support of his petition for a writ of habeas corpus. Promptly after November 30, 2006, this court shall screen Kasten's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. If Kasten fails to file any such memorandum or motion by November 30, 2006, this court shall screen Kasten's petition as it was originally filed.

  Dated at Milwaukee, Wisconsin, this <u>6th</u> day of October, 2006.

              <u>s/AARON E. GOODSTEIN</u>
              United States Magistrate Judge